Richard B. Lind
Attorney At Law
575 Lexington Avenue – 4th Floor
New York, NY 10022
Telephone: (212) 888-7725     Email: rlind@lindlawyer.com

April 28, 020

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007



      Re:    United States v. Sharod Bell
              19 Cr. 846 (KPF)

Dear Judge Failla:

    I am the CJA attorney for Rashod Bell, a defendant in the above-referenced matter. This letter requests permission to expend CJA funds to hire an associate attorney, Joshua Horowitz, Esq., to assist me in preparing and writing a bail application if warranted, and to continue to assist me with any further duties in this case.

    As the Court already knows, Mr. Horowitz has an outstanding resume particularly with respect to coordinating discovery, the preparation of legal briefs, pre-trial activities, and trial work. In addition, he has vast experience in federal criminal trials. He has been approved as associate counsel by a variety of District Judges in this District and other Districts. *See e.g. United States v. Jose Rivera*, 18 Cr. 744 (KPF), in which he has performed in exemplary manner.

    I respectfully request this Court to assign and approve Mr. Horowitz to work on this case as my associate. Using him to do this work and assist me both in advance of and during any possible trial will be more cost-effective since Mr. Mitchell will bill at an hourly rate of $90, whereas I will be billing at an hourly rate of $152.

2

Thank you for the Court's consideration of this application.

Respectfully submitted,

/s/

Richard B. Lind

Enclosure

```
Application GRANTED.  Mr. Horowitz is hereby authorized to work with Mr.
Lind as an associate attorney on this matter, at the hourly rate of $90, for
up to 75 hours, at which point Mr. Lind will be required to renew his
application.
```

```
 Dated:     April 28, 2020          SO ORDERED.
            New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE