UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v.-<br><br>SHAROD BELL,<br><br>                              Defendant. | 19 Cr. 846-7 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for a change of plea hearing in this matter on December 21, 2020, at 9:00 a.m.  The hearing will proceed via video conference, with public audio access available by dialing in (917) 933-2166 and entering 74642823.  Instructions for video participants will be sent separately in advance of the hearing.

SO ORDERED.

Dated:   December 16, 2020
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge