March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

SHAROD BELL ,

    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

19 -CR- 846 (KPF) ( )

Defendant  SHAROD BELL  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

X  Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Sharod Bell**
Print Defendant's Name

_____
Defense Counsel's Signature

**Jason E. Foy**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/21/2020
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~