UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 19 Cr. 846-7 (KPF) |
| SHAROD BELL, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

There is currently a sentencing in this matter scheduled for April 1, 2021, at 3:00 p.m.  Due to scheduling constraints occasioned by the need to coordinate with Defendant's facility, the proceeding will now begin at 9:00 a.m. The hearing will proceed via video conference, with public audio access available by dialing in (917) 933-2166 and entering 583004103.  Instructions for video participants will be sent separately in advance of the hearing.

SO ORDERED.

Dated:  March 24, 2021
        New York, New York

                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge