# Konta, Georges, and Buza, P.C.

233 Broadway, Suite 701
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com



April 17, 2026

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     **Re:**    *United States v. Bell,* **19 CR 846 (KPF)**

Dear Judge Failla:

     I represent Sharod Bell in the above-mentioned matter which is currently scheduled to be heard on April 23, 2026, at 12:00 p.m.  I write on behalf of all parties to request that the case be adjourned to June 2, 2026, at 12:00 p.m.  There is no objection to this request.

     Respectfully Submitted,

     /s/
     _____
     John P. Buza

cc.:   AUSA Juliana Murrray (via ECF)
     P.O. Noah Joseph

Application GRANTED.  The VOSR status conference previously scheduled for April 23, 2026, is hereby ADJOURNED to **June 2, 2026,** at **12:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 432.

Dated:    April 17, 2026         SO ORDERED.
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE