# Konta, Georges, and Buza, P.C.

233 Broadway, Suite 701
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com



May 29, 2026

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  **Re:** *United States v. Bell,* **19 CR 846 (KPF)**

Dear Judge Failla:

   I represent Sharod Bell.  The matter is currently scheduled to be heard on June 2, 2026, at 12:00 p.m.  I write on behalf of all parties to request that the matter be adjourned to July 30, 2026.  This is the second adjournment request.  There is no objection.

        Respectfully Submitted,

         /s/
        _____
         John P. Buza

cc.: AUSA Juliana Murrray (via ECF)
   P.O. Noah Joseph

Application GRANTED.  The VOSR status conference previously scheduled for June 2, 2026, is hereby ADJOURNED to **July 30, 2026,** at **11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 436.

Dated: May 29, 2026
     New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE