**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 38th Floor
New York, New York 10278

November 18, 2026

**MEMO ENDORSED**

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Email: failla_nysdchambers@nysd.uscourts.gov

**Re: *United States v. Sharod Bell,*** 19 Cr. 846 (KPF)

Dear Judge Failla,

The Government writes respectfully regarding the violation of supervised release ("VOSR") conference of Sharod Bell, presently scheduled for November 19, 2026, at 11:00 a.m.

The Government has spoken with the U.S. Probation Office and understands that Probation intends to dismiss all the specifications in the VOSR, because the specifications arose from state charges, and the disposition of that state case was an adjournment in contemplation of dismissal. Accordingly, all the parties—the Government, defense counsel, and the Probation Office—respectfully request that the conference be adjourned *sine die*.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

cc: Counsel of Record
Noah Joseph, U.S. Probation Office (by email)

Application GRANTED. The Conference currently scheduled for November 19, 2026, is hereby ADJOURNED *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket entry 447.

Dated: November 18, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE